JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KOSSE, | Case No. EDCV 09-973-DOC DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 17, 2010

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE